**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00286-JLK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LUKE DAVID HARRISON,

       Defendant.

---

**ORDER TERMINATING PROBATION**
**PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On June 18, 2015, the defendant, Luke David Harrison, submitted a pro se motion (Doc.2) to the Court for early termination of probation in this case.  On June 24, 2015, the probation officer responded to the Court noting that the defendant was statutorily eligible for early termination of probation.  Upon the Court's review of the defendant's overall compliance on probation, the Court finds that early termination is warranted. Therefore, it is

      ORDERED that the defendant's Motion (Doc.2) is GRANTED.  Defendant Luke David Harrison is discharged from probation and that the proceedings in the case are terminated.

      DATED at Denver, Colorado, this 26th day of June, 2015.

                             BY THE COURT:


                             _____s/ John L. Kane_____
                             Senior United States District Court Judge